UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP E. KAY, et al.,

    Plaintiffs,

    v.

STATE BAR OF CALIFORNIA, et al.,

    Defendants.

_____/

No. C 09-1135 PJH

**ORDER**

The above-entitled action was filed March 16, 2009, and initially randomly assigned to a United States Magistrate Judge.  On March 17, 2009, plaintiffs filed a declination to proceed before a Magistrate Judge, and the case was reassigned to the undersigned District Judge.

With their complaint, plaintiffs filed an application for a temporary restraining order ("TRO") and an order to show cause re preliminary injunction.  Plaintiffs seek an order enjoining the State Bar of California from proceeding with pending State Bar disciplinary proceedings against two of the plaintiffs – California attorneys Philip E. Kay and John W. Dalton.  According to plaintiffs, the disciplinary proceedings were set to commence on March 16, 2009.

Defendants are hereby ORDERED, no later than March 24, 2009, to file an opposition to the TRO application.  In particular, the court is interested in defendants' views as to whether the court should decline to enjoin the pending State Bar proceedings on the basis of the abstention principles in Younger v. Harris, 401 U.S. 37 (1971).  See Middlesex County Ethics Comm. v. Garden State Bar Ass'n, 457 U.S. 423, 434 (1982) (absent

extraordinary circumstances, Younger abstention applies where the state bar proceedings constitute an ongoing state judicial proceeding, the proceedings implicate important state interests, and there is an adequate opportunity to raise constitutional challenges).

No reply shall be filed.  After reviewing the papers and considering the parties' arguments, the court will issue a written order on the TRO application, and, if appropriate, will set the hearing on the motion for preliminary injunction at that time.  Defendants may, of course, also file a motion to dismiss.

No later than March 18, 2009, plaintiffs shall serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated:  March 17, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

2