1  Dan Stormer, Esq. [S.B. #101967]
   E-mail: dstormer@hadsellstormer.com
2  Cornelia Dai, Esq. [S.B. #207435]
   E-mail: cdai@hskrr.com
3  Natalie Nardecchia, Esq. [S.B. #246486]
   E-mail: natalien@hskrr.com
4  HADSELL STORMER KEENY
      RICHARDSON & RENICK, LLP
5  128 N. Fair Oaks Avenue
   Pasadena, California 91103
6  Telephone: (626) 585-9600
   Facsimile: (626) 577-7079
7
8  Jason L. Oliver, Esq. [S.B. #183062]
   E-mail: jason@oliver.net
9  LAW OFFICES OF JASON L. OLIVER
   128 N. Fair Oaks Avenue, Suite 107
10 Pasadena, California 91103-3650
   Office: (626) 797-2777
11 Facsimile: (626) 797-2477

12 Attorneys for All Plaintiffs

13                    UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA,

15                       SAN FRANCISCO DIVISION

16
17 PHILIP E. KAY, JOHN W. DALTON,           Case No. C 09-1135-PJH
   LINDSAY MARCISZ, BLAIR
18 POLLASTRINI, and JESSICA
   POLLASTRINI,                             **PARTIES' STIPULATION RE
19                                          CONTINUANCE OF HEARING ON
                 Plaintiffs,                DEFENDANTS' MOTION TO
20                                          DISMISS AND BRIEFING
   v.                                       SCHEDULE; [~~PROPOSED~~]
21                                          ORDER THEREON**
   STATE BAR OF CALIFORNIA, a
22 public corporation, and THE BOARD        Hon. Phyllis J. Hamilton
   OF GOVERNORS OF THE STATE
23 BAR OF CALIFORNIA, collectively;
   HOLLY FUJIE, in her official capacity,
24 LUCY ARMENDARIZ, in her official
   capacity, SCOTT J. DREXEL,
25 individually and in his official capacity,
   ALLEN BLUMENTHAL, individually
26 and in his official capacity, JEFF DAL
   CERRO individually and in his official
27 capacity, and DOES 1 through 50,
   inclusive.
28              Defendants.

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE TO THE FOLLOWING PROPOSED ORDER WITH REFERENCE TO THE FOLLOWING FACTS:**

WHEREAS, Plaintiffs initiated a civil lawsuit in the Northern District Court of California, before the Honorable Phyllis J. Hamilton, against Defendants;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint;

WHEREAS, Plaintiffs' Opposition is presently due on April 22, 2009;

WHEREAS, the hearing on Defendants' Motion to Dismiss is presently set for May 13, 2009;

WHEREAS Plaintiffs have good cause for seeking an extension on the deadline to file their Opposition to the Motion to Dismiss;

WHEREAS Defendants have agreed to extend the filing deadline on Plaintiffs' Opposition to the Motion to Dismiss;

WHEREAS Plaintiffs must file their Opposition to the Motion to Dismiss 21 days prior to the hearing on Defendants' Motion to Dismiss; and

WHEREAS both parties have agreed to a stay on all discovery and initial disclosures in this matter until a ruling on Defendants' Motion to Dismiss;

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The deadline for filing Plaintiffs' Opposition shall be extended by three weeks, so that the Opposition shall be due on May 13, 2009.

2. The hearing on Defendants' Motion to Dismiss shall also be continued by three weeks to June 3, 2009.

///
///
///

1   STIP RE CONTINUANCE OF HEARING AND BRIEFING

3. In addition, the parties agree to a stay on all discovery and initial disclosures in this matter until a ruling on Defendants' Motion to Dismiss.

Dated: *April 17*, 2009

STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL

By: /s/ Danielle Lee

Attorneys for Defendants STATE BAR OF CALIFORNIA, a public corporation, and THE BOARD OF GOVERNORS OF THE STATE BAR OF CALIFORNIA, collectively; HOLLY FUJIE, in her official capacity, LUCY ARMENDARIZ, in her official capacity, SCOTT J. DREXEL, individually and in his official capacity, ALLEN BLUMENTHAL, individually and in his official capacity, JEFF DAL CERRO individually and in his official capacity, ~~and DOES 1 through 50, inclusive~~

Dated: 4/17, 2009

HADSELL STORMER KEENY RICHARDSON & RENICK, LLP

By: /s/ Dan Stormer

Attorneys for Plaintiffs PHILIP E. KAY, JOHN W. DALTON, LINDSAY MARCISZ, BLAIR POLLASTRINI, and JESSICA POLLASTRINI

*****

## ORDER

IT IS SO ORDERED:

Dated: April 20, 2009

Hon.
Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2   STIP RE CONTINUANCE OF HEARING AND BRIEFING